# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Alexsander Raymond Hobbs, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Jeff Olson, | ) Case No. 1:23-cv-148 |
| Defendant. | ) |

On March 13, 2024, Plaintiff filed with the court a request for its assistance in obtaining discovery from the North Dakota State Penitentiary and the Burleigh Morton Detention Center. (Doc. No. 33). The court shall schedule a status conference with the parties on March 27, 2024, at 9:00 AM by telephone to discuss Plaintiff's motion. To participate, the parties should call (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 14th day of March, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court