# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Alexsander Raymond Hobbs, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION** |
| | ) | **FOR DISCOVERY** |
| v. | ) | |
| | ) | |
| Jeff Olson, | ) | Case No.: 1:23-cv-00148 |
| | ) | |
| Defendant. | ) | |

On March 27, 2024, the court held a status conference with the parties to discuss Plaintiff's outstanding *Motion for Discovery*. (Doc. No. 35). The court acknowledges Plaintiff failed to include a certification of his efforts to confer with Defendant prior to filing his motion. However, notwithstanding Plaintiff's failure to comply with D.N.D. Civ. L.R. 37.1(A), the court is inclined to rule on the motion, noting it is without objection of Defendant.

For the reasons articulated on the record, the court **GRANTS** Plaintiff's motion, and orders the North Dakota State Penitentiary to produce to Plaintiff all his mental health records, kites, and responses from August 25, 2023, to March 6, 2023. It shall also allow Plaintiff to inspect any video records previously sent to him by Defendant that are currently in its possession or that may be provided from Defendant pertaining to the July 27, 2023, incident.

To the extent Plaintiff's case manager, Tess Brennan, can assist Plaintiff in viewing his discovery, the court requests Ms. Brennan do so.

**IT IS SO ORDERED.**

Dated this 28th day of March, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court